OPINION — AG — ** MEMORANDUM ** QUESTION: IS SENATE BILL NO. 8 WHICH WENT INTO EFFECT UNDER AN EMERGENCY CLAUSE INVALID IN WHOLE OR PART ? (APPROPRIATIONS TO 16 STATE DEPARTMENT (AGENCIES); NINE OF SAID SECTIONS, TO WIT: 2, 3, 4, 5, 7, 12, 13, 14, 15 EXPRESSLY PROVIDE THAT THE APPROPRIATIONS MADE THEREIN ARE TO SUPPLEMENT EXISTING APPROPRIATIONS MADE ENDING JUNE 30, 1957. CITE: ARTICLE V, SECTION 56, ARTICLE V, SECTION 57 (GENERAL APPROPRIATIONS, ALL OTHER APPROPRIATIONS) (FRED HANSEN)